DATE:  October 1, 2024

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Connie A. Kosmann, Putative Trustee of the Brown Living Trust*
   *v. Edith Brown, by her Agent Nadine Seamans*
   Record No. 0367-23-4
   Opinion rendered by Judge Callins on
   July 23, 2024

2. *Citizens for Fauquier County*
   *v. Town of Warrenton, Virginia, et al.*
   Record No. 0414-23-4
   Opinion rendered by Judge Raphael on
   July 30, 2024

3. *Samuel Rolofson*
   *v. Brittany Fraser*
   Record No. 0535-23-4
   Opinion rendered by Judge Frucci on
   July 30, 2024

4. *Fredrick Hamilton Cosby, s/k/a Fredrick H. Cosby, Jr.*
   *v. Commonwealth of Virginia*
   Record No. 1924-23-2
   Opinion rendered by Judge Huff on
   July 30, 2024

5. *Jane Doe*
   *v. Joseph Robert Green, Jr.*
   Record No. 1450-22-4
   Opinion rendered by Judge Chaney on
   August 6, 2024

7. *Karen A. Williams, et al.*
   *v. Rappahannock County Board of Supervisors, et al.*
   Record No. 1585-23-4
   Opinion rendered by Judge Frucci on
   August 6, 2024

8. *Rachel Virk*
   *v. Gary L. Clemens, et al.*
   Record No. 1903-22-4
   Opinion rendered by Judge Callins on
   August 13, 2024

9. *Raymond Charles Bell*
   *v. Commonwealth of Virginia*
   Record No. 1045-23-3
   Opinion rendered by Judge Causey on
   August 13, 2024